UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

    Plaintiff,

v.

JAMES GRIFFIN, et al.,

    Defendants.

Case No. 18-cv-00976-JD

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 20

The Court has reviewed Magistrate Judge Jacqueline Scott Corley's report and recommendation. Dkt. No. 20. No objections have been filed in response to the report, and the time to file objections has expired. *See* Fed. R. Civ. P. 72(b).

The Court agrees with Magistrate Judge Corley's well-reasoned report and recommendation. The Court consequently adopts it in full, grants plaintiff's motion for default judgment, Dkt. No. 18, for the reasons stated in Magistrate Judge Corley's report and recommendation, and orders defendants James Griffin, Mary Griffin, and ESD Auto Repairs Inc. to pay to plaintiff $4,000.00 in damages and $1,905.00 in attorneys' fees and costs. Defendants are also ordered to remove the unlawful barriers to access at West Coast Auto and designate accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines.

**IT IS SO ORDERED.**

Dated: September 17, 2018

JAMES DONATO
United States District Judge