UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES GRIFFIN, et al.,<br><br>    Defendants. | Case No. 18-cv-00976-JD<br><br>**JUDGMENT** |

Pursuant to the order adopting report and recommendation and granting motion for default judgment filed on September 17, 2018, Dkt. No. 23, judgment is entered in favor of plaintiff and against defendants. Fed. R. Civ. P. 58. Plaintiff is awarded $4,000.00 in damages and $1,905.00 in attorneys' fees and costs from defendants. Defendants are ordered to remove the barriers to access at West Coast Auto and designate accessible parking in compliance with the Americans with Disabilities Act Accessibility Guidelines.

**IT IS SO ORDERED.**

Dated: September 17, 2018

JAMES DONATO
United States District Judge